**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

BENJAMIN MOORE,
                    Appellant,

vs.

UNIVERSITY MEDICAL CENTER OF
SOUTHERN NEVADA, A POLITICAL
SUBDIVISION OF CLARK COUNTY,
                    Respondent.

No. 67245

**FILED**

MAY 18 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from an order to show cause holding appellant's counsel in contempt and ordering interpleader of settlement funds. Our preliminary review of the documents before this court revealed a potential jurisdictional defect; specifically, it appeared that no statute or court rule provides for an appeal from an order holding a party's attorney in contempt or from an order directing a party to interplead funds. Accordingly, we directed appellant to show cause why this appeal should not be dismissed for this court's lack of jurisdiction.

In his response to our order appellant concedes that no statute or court rule allows for this appeal. Appellant therefore asks this court to construe the appeal as a petition for extraordinary relief pursuant to our holding in *Clark Cnty. Liquor & Gaming Licensing Bd. v. Clark*, 102 Nev. 654, 657-58, 730 P.2d 443, 446 (1986). Respondent has filed a reply. We have considered the arguments of the parties, and we decline to grant appellant's request. This appeal is dismissed. The appeal's dismissal is

SUPREME COURT
OF
NEVADA

(O) 1947A

15-15104

without prejudice to appellant's right to pursue alternative relief by way of a petition for extraordinary writ relief.

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:   Hon. Jessie Elizabeth Walsh, District Judge
Law Office of Bradley L. Booke
Clark County District Attorney/Civil Division
Eighth District Court Clerk